UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,
ex rel. Gary K. King, Attorney General,

    Plaintiff,

v.                                          Case No.  1:14-cv-00321 KBM/LAM

ITT EDUCATIONAL SERVICES, INC.,
d/b/a ITT Technical Institute,

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

THIS MATTER came before the Court on ITT Educational Services, Inc., d/b/a ITT Technical Institute's ("ITT"), Unopposed Motion for Extension of Time for Defendant to Respond to Complaint, the Court having reviewed the motion and being otherwise advised, FINDS that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant ITT Educational Services, Inc., d/b/a ITT Technical Institute, shall be, and hereby is, granted an extension of time to and including May 2, 2014 to file an answer or other response to the Complaint.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted and approved by:

*/s/ Stevan Douglas Looney*
Stevan Douglas Looney
Paul Bardacke
Sutin, Thayer & Browne
A Professional Corporation
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
Telephone: (505) 883-2500
Facsimile: (505) 888-6565
E-Mail: sdl@sutinfirm.com
　　　　pgb@sutinfirm.com

**Attorneys for Defendant**

Approved by:


By Approved by Tonya Noonan Herring via email 4/8/14
Tonya Noonan Herring
Jonathan H. Reischl
Assistant Attorneys General
New Mexico Attorney General's Office
111 Lomas Blvd. NW, Suite 120
Albuquerque, New Mexico  87102
Telephone:  (505) 222-9194
Facsimile:  (505) 222-9033
E-Mail:  therring@nmag.gov
　　　　JReischl@nmag.gov

Karen J. Meyers
Assistant Attorney General
New Mexico Attorney's Office
P.O. Drawer 1508
Santa Fe, New Mexico 87504-1508
Telephone:  (505) 827-6000
Facsimile:  (505) 827-6685
E-Mail:  kmeyers@nmag.gov

**Attorneys for Plaintiff**