UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO,
ex rel. Gary K. King, Attorney General,

    Plaintiff,

v.                                          Case No.  1:14-cv-00321KG-LAM

ITT EDUCATIONAL SERVICES, INC.,
d/b/a ITT Technical Institute,

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO MOTION TO REMAND**

THIS MATTER came before the Court on ITT Educational Services, Inc., d/b/a ITT Technical Institute's, Unopposed Motion for Extension of Time for Defendant to Respond to *State of New Mexico's Motion to Remand and for Costs and Memorandum in Support* (Doc. 6, filed 4/17/14), the Court having reviewed the motion and being otherwise advised, FINDS that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant ITT Educational Services, Inc., d/b/a ITT Technical Institute, shall be, and hereby is, granted an extension of time to and including May 12, 2014 to file an a response to *State of New Mexico's Motion to Remand and for Costs and Memorandum in Support*.

                                                            /s/ Kenneth Gonzales
                                                          UNITED STATES DISTRICT JUDGE

Submitted and approved by:

*/s/ Stevan Douglas Looney*
Stevan Douglas Looney
Paul Bardacke
Sutin, Thayer & Browne
A Professional Corporation
P.O. Box 1945
Albuquerque, New Mexico 87103-1945
Telephone: (505) 883-2500
Facsimile: (505) 888-6565
E-Mail: sdl@sutinfirm.com
        pgb@sutinfirm.com

**Attorneys for Defendant**

Approved by:


By <u>Approved by Tonya Noonan Herring via email 4/30/14</u>
Tonya Noonan Herring
Jonathan H. Reischl
Assistant Attorneys General
New Mexico Attorney General's Office
111 Lomas Blvd. NW, Suite 120
Albuquerque, New Mexico  87102
Telephone:  (505) 222-9194
Facsimile:  (505) 222-9033
E-Mail:  therring@nmag.gov
         JReischl@nmag.gov

Karen J. Meyers
Assistant Attorney General
New Mexico Attorney's Office
P.O. Drawer 1508
Santa Fe, New Mexico 87504-1508
Telephone:  (505) 827-6000
Facsimile:  (505) 827-6685
E-Mail:  kmeyers@nmag.gov

**Attorneys for Plaintiff**