IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*  )
GARY K. KING, ATTORNEY GENERAL,  )
                                 )
    Plaintiff,                   )
                                 )
v.                               ) CASE NO. 1:14-cv-00321 KG/LAM
                                 )
                                 )
ITT EDUCATIONAL SERVICES, INC.,  )
d/b/a ITT TECHINICAL INSTITUTE,  )
                                 )
    Defendants.                  )

**STIPULATED ORDER STAYING PROCEEDINGS**

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Stay Pending Resolution of Motion to Remand [Dkt. No. 12] and the Court being fully advised and the parties have agreed hereto, FINDS the motion should be granted.

IT IS THEREFORE ORDERED that all other matters shall be stayed pending the Court's ruling on Plaintiff's Motion to Remand and for Costs [Dkt. No. 6]. In the event that the Court denies Plaintiff's Motion, Defendant's Answer or other responsive pleading shall be filed no later than fourteen (14) days after entry of the Court's Order.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GARY K. KING
Attorney General of New Mexico

*/s/ Karen J. Meyers*
Karen J. Meyers
Assistant Attorney General
111 Lomas Blvd. NW, Suite 120
Albuquerque, NM 87102
505-222-9100 – voice
505-222-9033 – facsimile
kmeyers@nmag.gov
*Attorney for Plaintiff*

Approved:

*Approved via email on May 1, 2014*
Stevan Douglas Looney
SUTIN, THAYER, & BROWNE
6565 Americas Parkway N.E., Suite 1000
Albuquerque, NM 87110
Telephone: (505) 883-2500
Facsimile: (505) 888-6565
*Attorney for Defendants*